**People of the State of Illinois, Plaintiff-Appellee, v. Whitson S. West, Defendant-Appellant.**

Gen. No. 50,772.

First District, Second Division.

December 20, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Eldridge R. Hersey, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.